IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HICKEY AND MARY HICKEY, HUSBAND AND WIFE, <br><br> Plaintiffs, <br><br> v. <br><br> SHMC HOLDINGS MANAGEMENT CORPORATION, <br><br> Defendant. | No. 11-cv-1353 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Susan Cox |

## DEFENDANT'S FIRST SET OF AMENDED ADDITIONAL DEFENSES

Defendant, Sears Holdings Management Corporation ("SHMC"), by its attorneys and pursuant to this Court's Order dated May 26, 2011, re-pleads its Additional Defenses as follows:

1. There was a reasonable likelihood that Plaintiff Michael Hickey could have found comparable work by exercising reasonable diligence in a job search. He failed to exercise reasonable diligence to find comparable work and, therefore, his claims for lost wages and benefits are barred.

2. Plaintiffs' claims for Intentional Infliction of Emotional Distress (IIED) are barred because they are preempted by the Illinois Human Rights Act. The allegations made in support of Plaintiffs' IIED claims (as stated in the Complaint ¶¶ 93-97) are inextricably linked to alleged conduct prohibited by the Illinois Human Rights Act (IHRA) and SHMC's duties not to discriminate, harass or retaliate against employees pursuant to the IHRA.

3. Plaintiff Michael Hickey alleges that he "suffered pain" and requests damages for such pain. (Compl. ¶ 44). In Counts III (FMLA Retaliation), IV (FMLA Interference) and V (Age Discrimination), Plaintiff Michael Hickey alleges that he "suffered the damages alleged" in reference to the damages he requests in ¶ 44 of the Complaint. (Compl. ¶¶ 63, 67, 75). However, the remedies available under the FMLA and the Age Discrimination in Employment Act (ADEA) do not include damages for emotional distress or punitive damages. *Kirchner v. Sunbelt Rentals, Inc.*, No. 09 C 7487, at *8 (April 1, 2001 N.D. Ill.); *Heinze v. Southern Ill. Healthcare*, No. 08-672-GPM, 2010 WL 27622 (Jan. 19, 2010 S.D. Ill.) Therefore, to the extent that Plaintiff Michael Hickey claims punitive or emotional distress damages relating to his FMLA and ADEA claims, he is not entitled to such damages.

Respectfully submitted,

SEARS HOLDINGS MANAGEMENT CORPORATION

By: s/ Thomas M. Wilde
One of Its Attorneys

Thomas M. Wilde
Katherine A. Christy
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500

Dated: June 8, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing **DEFENDANT'S FIRST SET OF AMENDED ADDITIONAL DEFENSES** to be served upon:

David L. Lee
Law Offices of David L. Lee
53 W. Jackson Blvd., Suite 505
Chicago, IL 60604

by ELECTRONIC MEANS on June 8, 2011.

                                                s/ Thomas M. Wilde
                                                Thomas M. Wilde