*In the United States District Court*
*for the Northern District of Illinois*
*Eastern Division*

| | |
|---|---|
| Michael Hickey and Mary Hickey, husband and wife,<br><br>　　　plaintiffs,<br><br>– v –<br><br>Sears Holdings Management Corporation, a Delaware corporation,<br><br>　　　defendant. | **11 cv 01353**<br><br>Judge Kennelly<br><br>Magistrate Judge Cox<br><br>**Jury demanded** |

**Plaintiffs' Unopposed Motion for Order Requiring Production of Various Agreements Containing Confidentiality Clauses**

Plaintiffs Michael and Mary Hickey move as follows for an Order requiring production of various Agreements containing confidentiality clauses:

1.　　This case concerns alleged disability discrimination, FMLA interference and/or retaliation, failure to pay compensation, and intentional infliction of emotional distress.  See, Complaint (doc. #1).

2.　　Before bringing this Motion, counsel for the parties engaged in good-faith efforts to resolve this discovery issue, which is why this Motion is unopposed. See, Declaration of David L. Lee, attached to this Unopposed Motion as Exhibit A, at ¶3.

3.　　Plaintiffs timely requested defendant to produce the personnel files of two former employees, Kevin Campbell and Rick Sawyer, whom plaintiffs claim are comparable employees who defendant treated more favorably than it treated plaintiff Michael Hickey.  See, id. at ¶4.

4.　　In response, defendant produced some, but not all, of the documents from those employees' personnel files.  Among the documents defendant did not

produce were those employees Severance and/or Settlement Agreements, on the grounds that those Agreements contained confidentiality clauses. See, id. at ¶5; 12/6/2011 letter from T. Wilde to D. Lee, attached to this Unopposed Motion as Exhibit B.

5. To resolve this discovery dispute, defendant's counsel suggested that plaintiffs' counsel file an unopposed motion requesting Your Honor to issue an order requiring defendant to produce defendant's agreements with Mr. Sawyer and Mr. Campbell subject to the existing protective order in this case, which is why this Unopposed Motion is being filed. See, id.

**Wherefore,** plaintiffs Michael and Mary Hickey move for an Order that defendant produce to plaintiffs any agreements it has with Rick Sawyer and/or Kevin Campbell regardless of the existence of any confidentiality clauses in those agreements.

Michael Hickey and Mary Hickey,<br>plaintiffs,

By:      s/ David L. Lee<br>David L. Lee, their attorney

**Proof of service**: David L. Lee, an attorney, certifies that this Motion was served on defendant's attorney pursuant to ECF on December 19, 2011.

s/ David L. Lee<br>David L. Lee

David L. Lee, ARDC #1604422
LAW OFFICES OF DAVID L. LEE
53 W. Jackson Blvd., Suite 505
Chicago, IL 60604-3437
312-347-4400
d-lee@davidleelaw.com